UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN TERRY,<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | Civil Action No.: 2:18-cv-0524<br><br>Judge Sargus<br><br>Magistrate Judge Vascura |

## ORDER

This cause coming before the Court on the motion and stipulation of the parties, due notice having been given, and the Court being fully advised:

The Court grants the parties' Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and awards Plaintiff $2,831.00 (two thousand eight hundred thirty-one dollars) in attorney fees, costs, and expenses. The award of attorney fees, costs, and expenses will fully satisfy and settle any and all of Plaintiff's claims under 28 U.S.C. § 2412 that may be payable in this case.

Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

4-24-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE